**Opinion issued April 12, 2016**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00889-CV

————————————

### RONKE OLLEY AND JEFF OLLEY, Appellants

### V.

### DRIFTWOOD HOSPITALITY MGT II LLC, MANAGER OF HYATT HOUSE HOUSTON/ENERGY CORRIDOR TEXAS, Appellee

---

**On Appeal from the County Civil Court at Law No. 3
Harris County, Texas
Trial Court Cause No. 1057687**

---

## MEMORANDUM OPINION

Appellants, Ronke Olley and Jeff Olley, proceeding *pro se*, have filed a motion for dismissal of this appeal, stating that they no longer wish to prosecute this appeal. *See* TEX. R. APP. P. 42.1(a)(1). Although the motion does not contain a certificate of conference, the motion includes a certificate of service on the

appellee's counsel, and more than ten days have passed with no response filed. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a)(2). No other party has filed a notice of appeal and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c).

Accordingly, we **grant** the motion and **dismiss** the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Higley.